## EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN and Bird & Son, Inc.

No. 47153.

March 16, 1964.

Court of Appeal, Second Circuit. 160 So. 2d 261.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

161 So.2d 597

## Curtis MITCHELL

v.

## CONNECTICUT INDEMNITY COMPANY OF NEW HAVEN, CONNECTICUT.

No. 46972.

Nov. 12, 1963.

In re: Curtis Mitchell applying for certiorari, or writ of review, to the Court of Appeals, First Circuit, Parish of Washington, 161 So.2d 460.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.